1  **SEDGWICK LLP**
   Ralph A. Guirgis (State Bar. No. 143262)
2  ralph.guirgis@sedgwicklaw.com
   Michael L. Fox (State Bar No. 173355)
3  michael.fox@sedgwicklaw.com
   Jamison R. Narbaitz (State Bar No. 219339)
4  jamison.narbaitz@sedgwicklaw.com
   333 Bush Street, 30th Floor
5  San Francisco, CA  94104-2834
   Telephone:    415.781.7900
6  Facsimile:     415.781.2635

7  Attorneys for Defendant
   BRIT UW LIMITED
8  (sued as "Certain Underwriters at Lloyd's
   Under Policy No. B0146LDUSA701030")

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

| 13 | WILLIAM AMBROSIO, *et al.*, | CASE NO.   3:11-cv-04956-RS |
|---|---|---|
| 14 | Plaintiffs, | |
| 15 | v. | **JOINT STIPULATION (1) TO RELATE CASES PURSUANT TO CIVIL L.R. 3-12, AND (2) FOR ORDER ESTABLISHING BRIEFING SCHEDULE AND HEARING DATE RELATING TO DEFENDANTS' MOTIONS TO DISMISS AND MOTIONS TO STRIKE** |
| 16-18 | CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive, | |
| 19 | Defendants. | |
| 20 | | |
| 21 | MICHAEL ALVARADO, *et al.*, | CASE NO.   3:11-cv-04957-RS |
| 22 | Plaintiffs, | |
| 23 | v. | |
| 24-26 | CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030, and DOES 1-100, inclusive, | |
| 27 | Defendants. | |

28

-1-
JOINT STIPULATION (1) TO RELATE CASES PURSUANT TO L.R. 3-12, AND (2) FOR AN ORDER ESTABLISHING
BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS AND STRIKE
3:11-cv-04956-RS

SF/2635722v1

| | |
|---|---|
| WILLIAM JAMISON, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive,<br><br>  Defendants. | CASE NO.  3:11-cv-04958-RS |
| WOOD RIVER CAPITAL RESOURCES, LLC, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100,<br><br>  Defendants. | CASE NO.  3:11-cv-5759-MEJ |
| HENRY JAMES ANDERSON, *et al.*<br><br>  Plaintiffs,<br><br>  v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive,<br><br>  Defendants. | CASE NO.  3:11-cv-5760-EDL |
| ROSEVILLE CAPITAL RESOURCES, LLC; *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S UNDER POLICY NO. B0146LDUSA0701030 and DOES 1 through 100, inclusive,<br>  Defendants. | CASE NO.  4:11-cv-5761-DMR |

-2-
JOINT STIPULATION (1) TO RELATE CASES PURSUANT TO L.R. 3-12, AND (2) FOR AN ORDER ESTABLISHING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS AND STRIKE
3:11-cv-04956-RS

SF/2635722v1

Sedgwick LLP

1    Plaintiffs William Ambrosio, *et al.*, Case Number 3:11-cv-04956-RS, by and through

2 their counsel of record, George Donaldson, Esq. from the Law Office of George Donaldson;

3    Plaintiffs Michael Alvarado, *et al.*, Case Number 3:11-cv-04957-RS, by and through their

4 counsel of record, Jeffrey A. Feldman, Esq. from the Law Offices of Jeffrey A. Feldman;

5    Plaintiffs William Jamison, *et al.*, Case Number 3:11-cv-04958-RS, by and through their

6 counsel of record, Val Hornstein, Esq. from the Hornstein Law Offices;

7    Plaintiffs Wood River Capital Resources, LLC, *et al.*, Case Number 3:11-cv-05759-MEJ,

8 by and through their counsel of record, Jeffery J. Swanson, Esq. from the Law Offices of Jeffery

9 J. Swanson;

10    Plaintiffs Henry James Anderson, *et al.*, Case Number 3:11-cv-5760-EDL, by and

11 through their counsel of record, Richard S. Miller, Esq. from the Law Offices of Richard S.

12 Miller;

13    Plaintiffs Roseville Capital Resources, LLC, *et al.*, Case Number 4:11-cv-5761-DMR, by

14 and through their counsel of record, Troy A. Thielemann, Esq. from Cappello & Noel LLP; and

15    Defendant Brit UW Limited ("Brit"), Case Numbers 3:11-cv-04956-RS; 3:11-cv-04957-

16 RS; 3:11-cv-04958-RS; 3:11-cv-05759-MEJ; 3:11-cv-5760-EDL; and 4:11-cv-5761-DMR, by

17 and through its counsel of record, Michael L. Fox, Esq. of Sedgwick LLP, hereby stipulate as

18 follows:

19    The three actions filed by Plaintiffs William Ambrosio, *et al.*, Michael Alvarado, *et al.*,

20 and William Jamison, *et al.* (collectively "the Related Cases") have been deemed related and are

21 pending before the Honorable Richard Seeborg because all three concern substantially the same

22 parties, events and request for relief, so assignment to separate judges would have involved

23 unnecessary duplication of labor, cost and conflicting results.  (ECF No. 13 in Case No. 3:11-cv-

24 04956-RS.)

25    Similarly, the three actions filed by Plaintiffs Wood River Capital Resources, LLC, *et al.*,

26 Henry James Anderson, *et al.*, and Roseville Capital Resources, LLC, *et al.* (collectively "the

27 New Cases") were removed to the Northern District of California on November 30, 2011.  All

28

-3-
JOINT STIPULATION (1) TO RELATE CASES PURSUANT TO L.R. 3-12, AND (2) FOR AN ORDER ESTABLISHING
BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS AND STRIKE
3:11-cv-04956-RS

SF/2635722v1

1  three of the New Cases concern substantially the same parties, events and request for relief as
2  each of the other New Cases and the Related Cases. Therefore, assignment to separate judges
3  would involve unnecessary duplication of labor, cost and conflicting results.
4       Therefore, the parties, by and through their counsel of record, stipulate that the New
5  Cases should be related to each other and to the Related Cases, with the earliest filed case,
6  pursuant to Civil L.R. 3-12.
7       Brit has already filed Motions to Dismiss pursuant to Federal Rule of Civil Procedure
8  12(b)(6) and Motions to Strike pursuant to Federal Rule of Civil Procedure 12(f) in the Related
9  Cases, and those motions are currently set for hearing on January 5, 2012, at 1:30 p.m. (ECF No.
10 15 in Case No. 3:11-cv-04956-RS.) Brit anticipates filing similar motions in the New Cases no
11 later than December 7, 2011.
12      Plaintiffs and Brit desire to establish a single hearing date relating to Defendants'
13 Motions to Dismiss and Motions to Strike filed in the New Cases and the Related Cases, and to
14 establish a revised briefing schedule relating thereto, including the filing of coordinated and/or
15 joint opposition papers by Plaintiffs, to the extent possible, in order to eliminate unnecessary
16 duplication of labor and cost. The Court previously modified the briefing schedule and hearing
17 date in the Related Cases (ECF No. 15 in Case No. 3:11-cv-04956-RS), but further modification
18 should have no effect on the schedule for the cases.
19    / / /
20    / / /
21    / / /
22
23
24
25
26
27
28

1  Therefore, the parties, by and through their counsel of record, further stipulate, subject to
2  the Court's approval, that (1) Brit shall file its Motions to Dismiss and Motions to Strike in the
3  New Cases no later than December 7, 2011; (2) the hearing for the Motions to Dismiss and the
4  Motions to Strike filed in the six cases will be scheduled for February 2, 2012, at 1:30 p.m.; (3)
5  Plaintiffs' opposition papers to Brit's motions will be due January 3, 2012; and (4); and Brit's
6  reply papers will be due January 17, 2012.

7  IT SO STIPULATED.

9  DATED:  December 2, 2011                SEDGWICK LLP

10                                         By: */s/ Michael L. Fox*
                                               Michael L. Fox
11                                             Attorneys for Defendant
                                               BRIT UW LIMITED
12                                             (sued as "Certain Underwriters at Lloyd's
                                               Under Policy No. B0146LDUSA701030")

14  DATED:  December 2, 2011                Law Office of George Donaldson

15                                         By: */s/ George Donaldson*
                                               George Donaldson
16                                             Attorneys for Plaintiffs
                                               William Ambrosio, *et al.*,
17                                             Case No. 3:11-cv-04956-RS

19  DATED:  December 2, 2011                Hornstein Law Offices

20                                         By: */s/ Val Hornstein*
                                               Val Hornstein
21                                             Attorneys for Plaintiffs
                                               William Jamison, *et al.*,
22                                             Case No. 3:11-cv-04958-RS

23
    DATED:  December 2, 2011                Law Offices of Jeffrey A. Feldman
24
                                           By: */s/ Jeffrey A. Feldman*
25                                             Jeffrey A. Feldman
                                               Attorneys for Plaintiffs
26                                             Michael Alvarado, *et al.*,
                                               Case No. 3:11-cv-04957-RS

-5-
JOINT STIPULATION (1) TO RELATE CASES PURSUANT TO L.R. 3-12, AND (2) FOR AN ORDER ESTABLISHING
BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS AND STRIKE
3:11-cv-04956-RS
SF/2635722v1

| | | |
|---|---|---|
| DATED: December 2, 2011 | | Law Offices of Jeffery J. Swanson |
| | | By: */s/ Jeffery J. Swanson* |
| | |     Jeffery J. Swanson |
| | |     Attorneys for Plaintiffs |
| | |     Wood River Capital Resources, LLC, *et al.*, |
| | |     Case Number 3:11-cv-05759-MEJ |

DATED: December 3, 2011              Law Offices of Richard S. Miller

By: */s/ Richard S. Miller*
    Richard S. Miller
    Attorneys for Plaintiffs
    Henry James Anderson, *et al.*,
    Case No. 3:11-cv-5760-EDL

DATED: December 2, 2011              Cappello & Noel LLP

By: */s/ Troy A. Thielemann*
    Troy A. Thielemann
    Attorneys for Plaintiffs
    Roseville Capital Resources, LLC, *et al.*,
    Case No. 4:11-cv-5761-DMR

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: December 7, 2011

By: [signature]
    The Honorable Richard Seeborg
    U.S. District Judge, Northern District of California